In the Matter of the Compensation of
Roger D. Reason, Claimant.

SNOW MOUNTAIN PINE COMPANY
and Liberty Northwest Insurance Corporation,
*Petitioners,*

*v.*

Roger D. REASON,
*Respondent.*

(WCB 90-07068, 90-07069; CA A70089)

836 P2d 140

Darrell Bewley, Salem, argued the cause and filed the brief for petitioners. With him on the brief was Pamela A. Schultz, Portland.

Robert Wollheim, Portland, argued the cause for respondent. With him on the brief was Welch, Bruun and Green, Portland.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131 (1992).